UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                             CHAPTER 13 PROCEEDING:
BELINDA YBARRA                                        04-11072-B-13
DEBTOR

### TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.  Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Friday, Aug 27, 2004.

    2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.  Trustee has been unable to locate the following creditor at the address listed below.

        DILLARD NATIONAL BANK
        C/O BRENT P BURFORD
        758 N CARROLL AVE
        SOUTHLAKE, TX  76092

    5.  As a result, funds owed to the creditor in the amount of $323.71 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, December 21, 2009

                                                                               Cindy Boudloche
                                                                               Chapter 13 Trustee
                                                                               555 N. Carancahua  Ste 600
                                                                               Corpus Christi, TX  78478
                                                                               (361) 883-5786

#109

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                  CHAPTER 13 PROCEEDING:
BELINDA YBARRA                                  04-11072-B-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Dec 21, 2009, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


BELINDA YBARRA                                    THE STONE LAW FIRM PC (B)
4672 PALACIO REAL DRIVE                 62 E PRICE RD
BROWNSVILLE, TX  78521                 BROWNSVILLE, TX  78521

DILLARD NATIONAL BANK
C/O BRENT P BURFORD
758 N CARROLL AVE
SOUTHLAKE, TX  76092